**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| DIETGOAL INNOVATIONS LLC, *Plaintiff,* v. ARBY'S RESTAURANT GROUP, INC., *et al.* *Defendants.* | § § § § § § § § § § § | Civil Action No. 2:11-cv-00418-MHS-CMC Jury Trial Demanded |
| DIETGOAL INNOVATIONS LLC, *Plaintiff,* v. BRAVO MEDIA, LLC, *Defendant.* | § § § § § § § § § § § | Civil Action No. 2:12-cv-00327-MHS-CMC Jury Trial Demanded |
| DIETGOAL INNOVATIONS LLC, *Plaintiff,* v. SCRIPPS NETWORKS, LLC d/b/a FOOD.COM, *Defendant.* | § § § § § § § § § § § | Civil Action No. 2:12-cv-00330-MHS-CMC Jury Trial Demanded |
| DIETGOAL INNOVATIONS LLC, *Plaintiff,* v. MEREDITH CORPORATION, *Defendant.* | § § § § § § § § § § § | Civil Action No. 2:12-cv-00332-MHS-CMC Jury Trial Demanded |

| | | |
|---|---|---|
| DIETGOAL INNOVATIONS LLC, | § § § § | |
| *Plaintiff,* | § | Civil Action No. 2:12-cv-00336-MHS-CMC |
| v. | § § | Jury Trial Demanded |
| TACO MAYO FRANCHISE SYSTEMS, INC., | § § § | |
| *Defendant.* | § | |
| DIETGOAL INNOVATIONS LLC, | § § § | |
| *Plaintiff,* | § § | Civil Action No. 2:12-cv-00337-MHS-CMC |
| v. | § § | Jury Trial Demanded |
| TIME, INC., | § § | |
| *Defendant.* | § | |
| DIETGOAL INNOVATIONS LLC, | § § | |
| *Plaintiff,* | § § | Civil Action No. 2:12-cv-00338-MHS-CMC |
| v. | § § | Jury Trial Demanded |
| TYSON FOODS, INC. | § § | |
| *Defendant.* | § | |
| DIETGOAL INNOVATIONS LLC, | § § | |
| *Plaintiff,* | § § | Civil Action No. 2:12-cv-00339-MHS-CMC |
| v. | § § | Jury Trial Demanded |
| WEBMD, LLC, | § § | |
| *Defendant.* | § | |
| DIETGOAL INNOVATIONS LLC, | § § | |
| *Plaintiff,* | § § | Civil Action No. 2:12-cv-00340-MHS-CMC |
| v. | § § | Jury Trial Demanded |
| WHATABURGER | § § | |
| *Defendant.* | § | |

| | | |
|---|---|---|
| DIETGOAL INNOVATIONS LLC,<br><br>  *Plaintiff,*<br><br>v.<br><br>DOMINO'S PIZZA, INC.,<br><br>  *Defendant.* | § § § § § § § § § § | Civil Action No. 2:12-cv-00561-MHS-CMC<br><br>Jury Trial Demanded |
| DIETGOAL INNOVATIONS LLC,<br><br>  *Plaintiff,*<br><br>v.<br><br>WEGMANS FOOD MARKET, INC.,<br><br>  *Defendant.* | § § § § § § § § § § | Civil Action No. 2:12-cv-00562-MHS-CMC<br><br>Jury Trial Demanded |
| DIETGOAL INNOVATIONS LLC,<br><br>  *Plaintiff,*<br><br>v.<br><br>HEARST COMMUNICATIONS, INC.<br>D/B/A SEVENTEEN MAGAZINE,<br><br>  *Defendant.* | § § § § § § § § § § § | Civil Action No. 2:12-cv-00563-MHS-CMC<br><br>Jury Trial Demanded |
| DIETGOAL INNOVATIONS LLC,<br><br>  *Plaintiff,*<br><br>v.<br><br>QIP HOLDER LLC D/B/A QUIZNOS,<br><br>  *Defendant.* | § § § § § § § § § § | Civil Action No. 2:12-cv-00564-MHS-CMC<br><br>Jury Trial Demanded |

| | | |
|---|---|---|
| DIETGOAL INNOVATIONS LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> IAC/INTERACTIVE CORP., DAILY BURN, INC., and TELEVISION FOOD NETWORK G.P. d/b/a FOOD NETWORK <br><br> *Defendant.* | § § § § § § § § § § § | Civil Action No. 2:12-cv-00565-MHS-CMC <br><br> Jury Trial Demanded |
| DIETGOAL INNOVATIONS LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> DUNKIN' BRANDS GROUP, INC., <br><br> *Defendant.* | § § § § § § § § § § | Civil Action No. 2:12-cv-00566-MHS-CMC <br><br> Jury Trial Demanded |
| DIETGOAL INNOVATIONS LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> CHICK-FIL-A, INC., <br><br> *Defendant.* | § § § § § § § § § § | Civil Action No. 2:12-cv-00567-MHS-CMC <br><br> Jury Trial Demanded |
| DIETGOAL INNOVATIONS LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> EL POLLO LOCO INC. formerly known as EPL Intermediate Inc., <br><br> *Defendant.* | § § § § § § § § § § § | Civil Action No. 2:12-cv-00568-MHS-CMC <br><br> Jury Trial Demanded |

**ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULING ORDER**

On this date, the Parties came to be heard on the Joint Motion to Modify Scheduling Order ("Motion"). After considering this Motion, the Court finds it is well-taken and should be approved.

Accordingly the Parties' Motion is hereby GRANTED. Plaintiffs may serve on Defendants its list of claims asserted by November 16, 2012, and provide additional disclosure of its existing infringement theories to Defendants by November 30, 2012. In addition, the new disclosure dates are as follows:

| Pretrial Event | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Deadline to serve invalidity contentions (P.R. 3-3 and 3-4) | November 15, 2012 | December 7, 2012 |
| Deadline to serve to exchange proposed terms for construction (P.R. 4-1) | December 3, 2012 | December 17, 2012 |

**IT IS SO ORDERED.**