# EXHIBIT A

# Kyle Kinslow

| | |
|---|---|
| **From:** | txedCM@txed.uscourts.gov |
| **Sent:** | Tuesday, February 26, 2013 9:36 AM |
| **To:** | txedcmcc@txed.uscourts.gov |
| **Subject:** | Activity in Case 2:12-cv-00561-JRG-RSP DietGoal Innovations LLC v. Domino's Pizza, Inc. Order |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## U.S. District Court [LIVE]

## Eastern District of TEXAS

## Notice of Electronic Filing

The following transaction was entered on 2/26/2013 at 9:35 AM CST and filed on 2/26/2013
**Case Name:**      DietGoal Innovations LLC v. Domino's Pizza, Inc.
**Case Number:**    2:12-cv-00561-JRG-RSP
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**ORDER re [4] MOTION to Change Venue. Plaintiff is directed to file a supplemental brief of no more than 2 pages by March 4, 2013 that addresses whether this patent infringement action could have been brought in the Eastern District of Virginia. Any responsive brief must be filed no later than March 6, 2013. Signed by Magistrate Judge Roy S. Payne on 2/26/2013. (No document attached.)(rsp1)**


**2:12-cv-00561-JRG-RSP Notice has been electronically mailed to:**

Frank A Angileri  fangileri@brookskushman.com,  lsavage@brookskushman.com

Damon Michael Young  damon@dylawoffices.com

Eric William Buether  eric.buether@bjciplaw.com,  Amalia.Macias@BJCIPLaw.com,  Docket@bjciplaw.com, kitty.ladouce@bjciplaw.com,  monica.tavakoli@bjciplaw.com,  niky.bukovcan@bjciplaw.com, nina.scott@bjciplaw.com,  scarlett.spradlin@bjciplaw.com,  sharyn.smith@bjciplaw.com

Clyde Moody Siebman  siebman@siebman.com,  clydesiebman@siebman.com,  kellyjohnson@siebman.com,

siebmanecfin@siebman.com, siebmanecfout@siebman.com

Lawrence Augustine Phillips larryphillips@siebman.com, kellyjohnson@siebman.com, siebmanecfin@texoma.net

Christopher Michael Joe Chris.Joe@bjciplaw.com, Docket@bjciplaw.com, Nina.scott@BJCIPLaw.com, Scarlett.Spradlin@bjciplaw.com, Sharyn.Smith@BJCIPLaw.com, amalia.macias@bjciplaw.com

Brian Andrew Carpenter brian.carpenter@BJCIPlaw.com, Amalia.Macias@BJCIPLaw.com, Docket@BJCIPLaw.com, Nina.Scott@BJCIPLaw.com, Scarlett.Spradlin@BJCIPLaw.com, Sharyn.Smith@BJCIPLaw.com

Thomas W Cunningham tcunningham@brookskushman.com, lsavage@brookskushman.com

Mark Davin Perantie mark.perantie@bjciplaw.com, Amalia.Macias@BJCIPLaw.com, Docket@bjciplaw.com, Nina.Scott@bjciplaw.com, Scarlett.Spradlin@bjciplaw.com, Sharyn.Smith@bjciplaw.com

Niknaz Forughi Bukovcan niky.bukovcan@bjciplaw.com, Docket@BJCIPLaw.com, Sharyn.Smith@BJCIPLaw.com, nina.scott@bjciplaw.com, scarlett.spradlin@bjciplaw.com

Monica Nguyen Tavakoli monica.tavakoli@bjciplaw.com, Docket@bjciplaw.com, Nina.Scott@bjciplaw.com, Scarlett.Spradlin@bjciplaw.com, Sharyn.Smith@bjciplaw.com

**2:12-cv-00561-JRG-RSP Notice will not be electronically mailed to:**