# EXHIBIT B

## U.S. District Court — Judicial Caseload Profile

**MICHIGAN EASTERN**

| | | | Sep 30 2008 | Sep 30 2009 | Sep 30 2010 | Mar 31 2011 | Mar 31 2012 | Mar 31 2013 | Numerical Standing Within U.S. | Numerical Standing Within Circuit |
|---|---|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | Filings [1] | | 6,414 | 6,003 | 6,231 | 6,436 | 7,147 | 7,381 | | |
| | Terminations | | 6,911 | 6,094 | 6,201 | 6,351 | 6,847 | 6,881 | | |
| | Pending | | 6,522 | 6,052 | 6,058 | 6,157 | 6,502 | 7,057 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | 15.1 | 23.0 | 18.5 | 14.7 | 3.3 | | 35 | 4 |
| | Number of Judgeships | | 15 | 15 | 15 | 15 | 15 | 15 | | |
| | Vacant Judgeship Months [2] | | 20.8 | 20.9 | 24.8 | 24.8 | 24.0 | 32.8 | | |
| **Actions per Judgeship** | Filings | Total | 428 | 400 | 415 | 429 | 476 | 492 | 49 | 5 |
| | | Civil | 363 | 328 | 339 | 348 | 392 | 405 | 33 | 4 |
| | | Criminal Felony | 51 | 59 | 60 | 63 | 70 | 72 | 67 | 7 |
| | | Supervised Release Hearings | 14 | 13 | 16 | 18 | 15 | 15 | 76 | 8 |
| | Pending Cases | | 435 | 403 | 404 | 410 | 433 | 470 | 45 | 5 |
| | Weighted Filings [2] | | 414 | 394 | 400 | 412 | 447 | 490 | 42 | 5 |
| | Terminations | | 461 | 406 | 413 | 423 | 456 | 459 | 49 | 5 |
| | Trials Completed | | 10 | 12 | 12 | 13 | 13 | 14 | 73 | 7 |
| **Median Time (Months)** | From Filing to Disposition | Criminal Felony | 12.1 | 11.2 | 10.5 | 9.8 | 10.5 | 9.4 | 50 | 5 |
| | | Civil [2] | 9.7 | 9.0 | 8.4 | 8.4 | 8.3 | 7.7 | 24 | 2 |
| | From Filing to Trial [2] (Civil Only) | | 24.0 | 27.5 | 24.6 | 22.2 | 26.8 | 25.8 | 39 | 4 |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old [2] | | 450 / 8.5 | 177 / 3.7 | 262 / 5.5 | 305 / 6.2 | 406 / 7.9 | 430 / 7.7 | 62 | 8 |
| | Average Number of Felony Defendants Filed per Case | | 1.5 | 1.7 | 1.7 | 1.5 | 1.6 | 1.4 | | |
| | Jurors | Avg. Present for Jury Selection | 51.3 | 47.6 | 60.2 | 53.0 | 57.3 | 71.4 | | |
| | | Percent Not Selected or Challenged | 51.9 | 53.7 | 57.5 | 52.9 | 47.4 | 53.1 | | |

### 2013 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense

| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Civil | 6,071 | 538 | 140 | 1,002 | 60 | 468 | 411 | 996 | 346 | 249 | 816 | 99 | 946 |
| Criminal [1] | 1,082 | 16 | 250 | 156 | 225 | 227 | 29 | 66 | 12 | 14 | 23 | 21 | 43 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.
[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.
[2] See "Explanation of Selected Terms."

**U.S. District Court — Judicial Caseload Profile**

**VIRGINIA EASTERN**

| | | | Sep 30 2008 | Sep 30 2009 | Sep 30 2010 | Mar 31 2011 | Mar 31 2012 | Mar 31 2013 | Numerical Standing Within | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | U.S. | Circuit |
| Overall Caseload Statistics | Filings [1] | | 5,291 | 5,225 | 5,183 | 5,438 | 5,324 | 5,134 | | |
| | Terminations | | 5,387 | 5,030 | 4,989 | 5,157 | 5,344 | 5,007 | | |
| | Pending | | 3,018 | 3,117 | 3,297 | 3,346 | 3,298 | 3,326 | | |
| | Percent Change in Total Filings Current Year Over Earlier Year | | -3.0 | -1.7 | -0.9 | -5.6 | -3.6 | | 64 | 8 |
| | Number of Judgeships | | 11 | 11 | 11 | 11 | 11 | 11 | | |
| | Vacant Judgeship Months [2] | | 24.7 | 12.0 | 12.0 | 12.5 | 5.3 | 0.0 | | |
| Actions per Judgeship | Filings | Total | 481 | 475 | 471 | 494 | 484 | 467 | 56 | 8 |
| | | Civil | 288 | 295 | 298 | 312 | 304 | 306 | 56 | 8 |
| | | Criminal Felony | 148 | 135 | 127 | 130 | 130 | 113 | 34 | 5 |
| | | Supervised Release Hearings | 45 | 46 | 46 | 52 | 51 | 48 | 21 | 2 |
| | Pending Cases | | 274 | 283 | 300 | 304 | 300 | 302 | 79 | 8 |
| | Weighted Filings [2] | | 474 | 463 | 476 | 497 | 483 | 509 | 39 | 3 |
| | Terminations | | 490 | 457 | 454 | 469 | 486 | 455 | 50 | 4 |
| | Trials Completed | | 32 | 35 | 33 | 32 | 31 | 24 | 24 | 3 |
| Median Time (Months) | From Filing to Disposition | Criminal Felony | 5.3 | 5.1 | 4.8 | 4.7 | 4.9 | 5.1 | 7 | 1 |
| | | Civil [2] | 4.8 | 4.6 | 4.9 | 5.0 | 5.4 | 5.0 | 1 | 1 |
| | From Filing to Trial [2] (Civil Only) | | 9.8 | 10.2 | 9.3 | 11.5 | 12.6 | 10.2 | 1 | 1 |
| Other | Number (and %) of Civil Cases Over 3 Years Old [2] | | 64 / 4.1 | 29 / 1.7 | 59 / 3.1 | 59 / 3.1 | 72 / 3.8 | 27 / 1.4 | 6 | 1 |
| | Average Number of Felony Defendants Filed per Case | | 1.2 | 1.2 | 1.3 | 1.3 | 1.3 | 1.3 | | |
| | Jurors | Avg. Present for Jury Selection | 45.9 | 50.2 | 41.0 | 50.8 | 51.1 | 54.4 | | |
| | | Percent Not Selected or Challenged | 37.2 | 33.3 | 37.4 | 41.5 | 39.5 | 43.9 | | |

| 2013 Civil Case and Criminal Felony Defendant Filings by Nature of Suit and Offense | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type of | Total | A | B | C | D | E | F | G | H | I | J | K | L |
| Civil | 3,362 | 115 | 43 | 1,039 | 16 | 75 | 207 | 415 | 209 | 348 | 441 | 1 | 453 |
| Criminal [1] | 1,243 | 11 | 369 | 245 | 116 | 197 | 42 | 87 | 23 | 41 | 25 | 42 | 45 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] Filings in the "Overall Caseload Statistics" section include criminal transfers, while filings by "Nature of Offense" do not.

[2] See "Explanation of Selected Terms."