IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

FILED
DEC 20 2013
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

DIETGOAL INNOVATIONS LLC,

Plaintiff,

v.

CIVIL ACTION NO. 2:13cv154

WEGMANS FOOD MARKETS, INC.,

Defendant.

DIETGOAL INNOVATIONS LLC,

Plaintiff,

v.

CIVIL ACTION NO. 2:13cv401

DUNKIN' BRANDS GROUP, INC.,

Defendant.

DIETGOAL INNOVATIONS LLC,

Plaintiff,

v.

CIVIL ACTION NO. 2:13cv430

DOMINO'S PIZZA, INC.,

Defendant.

*AMENDED ORDER*

On December 13, 2013, the Court entered an Order consolidating the above-styled cases into Civil Action No. 2:13cv154 "for purposes of litigation." That Order is hereby **AMENDED** to clarify that the cases are consolidated for purposes of *pretrial* litigation. Once

1

this action reaches final pretrial, the Court will entertain motions to determine whether it is appropriate to proceed to trial in a single consolidated action.

The Court **DIRECTS** the Clerk to send a copy of this Order to the parties.

**IT IS SO ORDERED.**

Norfolk, Virginia
December 19, 2013

/s/
Raymond A. Jackson
**United States District Judge**